ALFRED LO SCHIAVO, Respondent, v. JAMES T. McKINNEY et al., Defendants, and STELLA LACHMAN, Appellant.— Action to foreclose a mortgage on certain real property in Brooklyn, New York. Order denying appellant Lachman's motion for an order to fix the amounts that are in default in respect of interest, taxes, etc., and directing that upon the payment thereof, together with taxable costs and disbursements, if any be due, and the remedying of any defaults, that the complaint be dismissed, reversed on the law, with $10 costs and disbursements, and the matter remitted to Special Term for a determination by it, or upon a reference to an official referee, of the amounts due, and for the making of an appropriate order. As the precise amounts due could not be determined on the moving papers, a hearing should have been had before the court or an official referee to ascertain the amounts required to be paid by the appellant to cure the defaults, upon the payment of which, and upon compliance with the other conditions of section 1077-e of the Civil Practice Act, the appellant would be entitled to a dismissal of the complaint. (*Manufacturers Trust Co.* v. *Korsil Realty,* 258 App. Div. 914; *Manufacturers Trust Co.* v. *Reid Holding Corp.,* 258 App. Div. 915; *Quenzer* v. *Morris-Morris Corp.,* 250 App. Div. 726.) Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

MICHAEL E. O'SULLIVAN, Respondent, v. MORTON COAL CO., INC., et al., Appellants, et al., Defendants.— In an action to recover damages for personal injuries, order granting plaintiff's motion for permission to serve an amended bill of particulars affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SALVATORE CACCA-MISE, Respondent.— Appeal by the People from an order of the County Court of Kings County dismissing an indictment charging defendant with the commission of the crime of grand larceny in the first degree. Order reversed on the law, the motion denied and the indictment reinstated. In our opinion, the evidence adduced before the Grand Jury is sufficient to sustain the indictment. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOROTHEA STORCK, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of a violation of subdivision 2 of section 65 of the Alcoholic Beverage Control Law, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

JOSEPHINE READ, as Administratrix of the Estate of DONALD READ, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for the death of plaintiff's intestate, a six and a half-year-old boy, who was run over and killed by defendant's truck while it was moving backward in a roadway. After trial, the jury found for the defendant, and the order from which an appeal is taken directs that the verdict be set aside and grants a new trial. Order unanimously affirmed, with costs to abide the event. The trial court did not in its ruling or order state any reason for setting aside the verdict. We again call attention to the decision of this court in the case of *Coleman* v. *Brooklyn & Queens Transit Corp.* (252 App. Div. 215), and suggest that the rule laid down therein be followed by trial courts. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.